In the Matter of the Application of GREGOR MOSER for a Writ of Certiorari, Respondent, v. KARL SCHEIB, Appellant, Impleaded with Others.

*Proceedings to annul a liquor tax certificate — an order returnable after ten days is void.*

An order issued in a proceeding taken to annul a liquor tax certificate, made returnable fifteen days, instead of not more than ten as required by the statute, after the granting thereof, will be reversed.

APPEAL by Karl Scheib from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 2d day of January, 1897, revoking a liquor tax certificate issued to Karl Scheib, a writ of certiorari to review the action of the special deputy excise commissioner in granting such liquor tax certificate to said Scheib having been granted upon the ground that he was not a citizen of the United States.

*Thomas P. Mulligan,* for the appellant.

*Leopold W. Harburger,* for the respondent.

PER CURIAM:

The court was without jurisdiction to make the order appealed from.

In a proceeding taken to annul a liquor tax certificate, the statute provides for the granting of " an order requiring the holder of such certificate * * * to appear * * * on a day specified therein, not more than ten days after the granting thereof." (Laws of 1896, chap. 112, § 28.)

The order issued in this proceeding was made returnable fifteen days after the granting thereof.

The order should be reversed, with ten dollars costs and printing disbursements.

Present—VAN BRUNT, P. J., RUMSEY, WILLIAMS, PATTERSON and PARKER, JJ.

Order reversed, with ten dollars costs and disbursements.